IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Keith D. Tuk and Ann M. Tuk,<br>            Debtor(s) | Bankruptcy No. 18-24338-JAD<br><br>Chapter 13<br><br>Related to Document No. 21, 23 |

**CERTIFICATE OF SERVICE OF**
**WAGE ATTACHMENT ORDER AND LOCAL FORM 12 FOR JOINT DEBTOR ANN M. TUK**

    I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on December 4, 2018.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail, postage pre-paid to Twin Lakes Rehabilitation & Healthcare, c/o Payroll Coordinator, 227 Sandhill Road, Greensburg, PA, 15601.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  December 4, 2018

    */s/ Corey J. Sacca*
    Corey J. Sacca, Esquire
    20 N. Pennsylvania Ave, Suite 201
    Greensburg, PA  15601-2337
    csacca@bononilaw.com
    (724) 832-2499
    PA ID# 306741

**PAWB Local Form 7 (07/13)**