IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
Keith D. Tuk and Ann M. Tuk
               Debtor(s)

Bankruptcy No. 18-24338-JAD

Chapter 13

Related to Document No. 38, 39

**CERTIFICATE OF SERVICE OF AMENDED ORDER TO PAY
TRUSTEE PURSUANT TO WAGE ATTACHMENT FOR DEBTOR KEITH D. TUK**

I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on June 6, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to

      Eastern Westmoreland Career & Technology Center
       c/o Payroll Coordinator
      4904 Route 982
      Latrobe, PA 15650.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  June 6, 2019

                                */s/ Corey J. Sacca*
                                Corey J. Sacca, Esquire
                                20 N. Pennsylvania Ave, Suite 201
                                Greensburg, PA  15601-2337
                                csacca@bononilaw.com
                                (724) 832-2499
                                PA ID# 306741