UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Keith D. Tuk and Ann M. Tuk,<br>    Debtor(s)<br><br>Wells Fargo Bank National Association, as Trustee for the Structured Asset Securities Corporation, First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2002-FF3,<br>    Movant(s)<br>v.<br>Keith D. Tuk and Ann M. Tuk, and Ronda J. Winnecour, Trustee<br>    Respondent(s) | Bankruptcy No. 18-24338-JAD<br><br>Chapter 13<br><br><br><br><br><br>Related to Claim # 8 |

## DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. Wells Fargo Bank National Association, as Trustee for the Structured Asset Securities Corporation, First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2002-FF3filed a Notice of Mortgage Payment Change on November 26, 2019.
2. Debtor's current escrow account payment was $307.76 per month.
3. Debtor's new escrow account payment is $31.36 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $917.33 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.

Date: November 26, 2019    /s/ Corey J. Sacca\_\_\_\_
Corey J. Sacca, Esq.
PA ID # 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave, Suite 201
Greensburg, PA 15601
(724) 832-2499
csacca@bononilaw.com