# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>KEITH D. TUK<br>ANN M. TUK<br><br>　　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　　Movant<br>　　vs.<br>WELLS FARGO BANK NA - TRUSTEE<br><br>　　　　　　Respondents | Case No. 18-24338JAD<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.
> SERVICE RELEASE TO NATIONSTAR MORTGAGE

| | |
|---|---|
| WELLS FARGO BANK NA - TRUSTEE<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450*<br>SALT LAKE CITY, UT 84115 | Court claim# 8/Trustee CID# 4 |

The Movant further certifies that on 12/16/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:　debtor(s)<br>　　　original creditor<br>　　　putative creditor<br>　　　counsel for debtor(s)<br>　　　counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>KEITH D. TUK, ANN M. TUK, 661 ANN ROBERTS ROAD, LIGONIER, PA 15658 | DEBTOR'S COUNSEL:<br>COREY J SACCA ESQ, BONONI & CO, 20 N PENNSYLVANIA AVE, GREENSBURG, PA  15601 |
| ORIGINAL CREDITOR:<br>WELLS FARGO BANK NA - TRUSTEE, C/O SELECT PORTFOLIO SERVICING INC*, PO BOX 65450*, SALT LAKE CITY, UT  84115 | ORIGINAL CREDITOR'S COUNSEL:<br>JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
| :<br>NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**, ATTN BANKRUPTCY NOTICING, PO BOX 619096, DALLAS, TX  75261-9741 | |
| NEW CREDITOR: | |