# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KEITH D. TUK                                        Case No. 18-24338JAD
ANN M. TUK

         Debtor(s)
RONDA J. WINNECOUR,                                 Chapter 13
Standing Chapter 13 Trustee,

         Movant
    vs.                                             Document No __
WELLS FARGO BANK NA - TRUSTEE

    Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.
> SERVICE RELEASE TO NATIONSTAR MORTGAGE

WELLS FARGO BANK NA - TRUSTEE                       Court claim# 8/Trustee CID# 19
C/O SELECT PORTFOLIO SERVICING INC*
PO BOX 65450*
SALT LAKE CITY, UT 84115


The Movant further certifies that on 12/16/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                                      /s/ Ronda J. Winnecour
                                                                      RONDA J WINNECOUR PA ID #30399
                                                                      CHAPTER 13 TRUSTEE WD PA
                                                                      600 GRANT STREET
                                                                      SUITE 3250 US STEEL TWR
cc:  debtor(s)                                       PITTSBURGH, PA  15219
     original creditor                       (412) 471-5566
     putative creditor                    cmecf@chapter13trusteewdpa.com
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| KEITH D. TUK, ANN M. TUK, 661 ANN ROBERTS ROAD, LIGONIER, PA 15658 | COREY J SACCA ESQ, BONONI & CO, 20 N PENNSYLVANIA AVE, GREENSBURG, PA 15601 |
| ORIGINAL CREDITOR: | : |
| WELLS FARGO BANK NA - TRUSTEE, C/O SELECT PORTFOLIO SERVICING INC*, PO BOX 65450*, SALT LAKE CITY, UT 84115 | NATIONSTAR MORTGAGE LLC**, ATTN BANKRUPTCY NOTICES - LEGAL, PO BOX 619096, DALLAS, TX 75261-9741 |
| ORIGINAL CREDITOR'S COUNSEL: | |
| JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA 19106 | |
| NEW CREDITOR: | |