**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-24338-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Keith D. Tuk
661 Ann Roberts Road
Ligonier PA 15658

Ann M. Tuk
661 Ann Roberts Road
Ligonier PA 15658

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/03/2020.

Name and Address of Alleged Transferor(s):

Claim No. 8: Wells Fargo Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250

Name and Address of Transferee:

U.S. Bank National Association etal c/o
Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9741

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/07/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-24338-JAD
Keith D. Tuk                                                    Chapter 13
Ann M. Tuk
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala          Page 1 of 1          Date Rcvd: Mar 05, 2020
                              Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14978546        E-mail/Text: jennifer.chacon@spservicing.com Mar 06 2020 03:01:09
                Wells Fargo Bank National Association, et al,    c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
          Corey J. Sacca    on behalf of Debtor Keith D. Tuk csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
           3230706420@filings.docketbird.com
          Corey J. Sacca    on behalf of Joint Debtor Ann M. Tuk csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
           3230706420@filings.docketbird.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Wells Fargo Bank National Association, as Trustee for
           the Structured Asset Securities Corporation, First Franklin Mortgage Loan Trust, Mortgage
           Pass-Through Certificates, Series 2002-FF3 bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for Wells Fargo
           Bank National Association, as Trustee for the Structured Asset Securities Corporation, First
           Franklin Mortgage Loan Trust, Mortgage Pass-Through bkgroup@kmllawgroup.com
          Laurence A. Mester    on behalf of Creditor    Exeter Finance, LLC lmester@mesterschwartz.com,
           jschwartz@mesterschwartz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 8