UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Keith D. Tuk and Ann M. Tuk,<br>    Debtor(s)<br><br>PNC Bank, N.A.,<br>    Movant(s)<br>              v.<br>Keith D. Tuk, Ann M. Tuk, and Ronda J. Winnecour, Trustee<br>    Respondent(s) | Bankruptcy No. 18-24338-JAD<br><br>Chapter 13<br><br>Related to Claim # 12 |

### DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. PNC Bank, N.A. filed a Notice of Mortgage Payment Change on December 24, 2020.
2. Debtor's escrow account payment remains unchanged.
3. Debtor's principal and interest payment remains unchanged
4. Debtor's current total payment is $530.42 per month.
5. Debtor's new total payment is $522.77 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.

Date: January 6, 2021

/s/ Corey J. Sacca\_\_\_\_
Corey J. Sacca, Esq.
PA ID # 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave, Suite 201
Greensburg, PA 15601
(724) 832-2499
csacca@bononilaw.com