UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Keith D. Tuk and Ann M. Tuk,<br>    Debtor(s)<br><br>U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-NPL1<br>    Movant(s)<br>                   v.<br>Keith D. Tuk, Ann M. Tuk, and Ronda J. Winnecour, Trustee<br>    Respondent(s) | Bankruptcy No. 18-24338-JAD<br><br>Chapter 13<br><br><br>Related to Claim # 8 |

## AMENDED DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-NPL1filed a Notice of Mortgage Payment Change on January 4, 2021.
2. Debtor's current escrow account payment was $311.36 per month.
3. Debtor's new escrow account payment is $317.39 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $923.36 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.

Date:  January 6, 2021        /s/ Corey J. Sacca____
                                                Corey J. Sacca, Esq.
                                                PA ID # 306741
                                                Bononi & Company, P.C.
                                                20 North Pennsylvania Ave, Suite 201
                                                Greensburg, PA 15601
                                                (724) 832-2499
                                                csacca@bononilaw.com