IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Keith D. Tuk and Ann M. Tuk,<br>               Debtor(s) | Bankruptcy No. 18-24338-JAD<br><br>Chapter 13<br><br>Related to Document No. 60, 63 |

## CERTIFICATE OF SERVICE OF
## ORDER TERMINATING PAYROLL DEDUCTION

      I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on January 26, 2021.

      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to:

            Twin Lakes Rehabilitation & Healthcare
            c/o Payroll Coordinator
            227 Sandhill Road
            Greensburg, PA 15601

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  January 26, 2021

                                                              */s/ Corey J. Sacca*
                                                              Corey J. Sacca, Esquire
                                                              20 N. Pennsylvania Ave, Suite 201
                                                              Greensburg, PA  15601-2337
                                                              csacca@bononilaw.com
                                                              (724) 832-2499
                                                              PA ID# 306741