2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-24338-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Keith D. Tuk<br>661 Ann Roberts Road<br>Ligonier PA 15658 | Ann M. Tuk<br>661 Ann Roberts Road<br>Ligonier PA 15658 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/30/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: U.S. Bank Trust National Association, not in its I, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0675 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/03/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24338-JAD |
| Keith D. Tuk | Chapter 13 |
| Ann M. Tuk | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jul 01, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 15301578 | U.S. Bank Trust National Association, not in its I, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 03, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Wells Fargo Bank National Association as Trustee for the Structured Asset Securities Corporation, First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2002-FF3 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing as servicer for Wells Fargo Bank National Association as Trustee for the Structured Asset Securities Corporation, First Franklin Mortgage Loan Trust, Mortgage Pass-Through bnicholas@kmllawgroup.com |
| Corey J. Sacca | on behalf of Debtor Keith D. Tuk csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | on behalf of Joint Debtor Ann M. Tuk csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 2 of 2 |
| Date Rcvd: Jul 01, 2021 | Form ID: trc | Total Noticed: 1 |

Laurence A. Mester
    on behalf of Creditor Exeter Finance  LLC lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8