IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Keith D. Tuk and Ann M. Tuk,<br>　　Debtor(s)<br><br>Ann M. Tuk,<br>　　Movant<br>　　　　v.<br>Clear Dey Rehab and Detox and Ronda J. Winnecour, Trustee,<br>　　Respondent(s)<br><br>D#2 SSN: xxx-xxx-3509 | Bankruptcy No. 18-24338-JAD<br><br>Chapter13<br><br>Document No. WO-2<br><br>Doc. # 76 |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above named Joint Debtor, Ann M. Tuk, having filed a Chapter 13 petition and Joint Debtor having moved to attach wages to fund the Chapter 13 plan,

　　IT IS, THERFORE, ORDERED that until further order of this Court, the entity from which the Joint Debtor receives income:

　　　　Clear Dey Rehab and Detox
　　　　c/o Payroll Coordinator
　　　　1037 Compass Circle
　　　　Greensburg, PA 15601

Shall deduct from said income the sum of $ 396.00  Bi-weekly, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Joint Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Joint Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

　　　　RONDA J. WINNECOUR, TRUSTEE
　　　　P.O. BOX 84051
　　　　CHICAGO IL  60689-4002

　　IT IS FURTHER ORDERED that the above named entity shall notify the Trustee if the Joint Debtor's income is terminated and the reason therefore.

　　IT IS FURTHER ORDERED that all remaining income of the Joint Debtor, except amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Joint Debtor in accordance with usual payment procedures.

　　IT IS FURTHER ORDERED THAT NO OTHER DEDUCTION FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF JOINT DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

   IT IS FURTHER ORDERED that this order supersedes previous orders made to the above named entity in this case.

   IT IS FURTHER ORDERED that the above name entity shall not charge any fee to the Joint Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

   IT IS FURTHER ORDERED that the Joint Debtor shall serve this order and copy of the Notification of Joint Debtor's Social Security Number, Local Form No. 12 that includes the Joint Debtor's full social security number on the above-named entity. Joint Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

   IT IS FURTHER ORDERED that the Joint Debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the trustee may result in the dismissal of the case after notice and hearing. Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

   DATED this __18th__ day of __August__, 2021.

_____
Hon. Jeffery A. Deller    jsf
United States Bankruptcy Court

FILED
8/18/21 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24338-JAD |
| Keith D. Tuk | Chapter 13 |
| Ann M. Tuk | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Aug 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keith D. Tuk, Ann M. Tuk, 661 Ann Roberts Road, Ligonier, PA 15658-9236 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021         Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing as servicer for Wells Fargo Bank National Association  as Trustee for the Structured Asset Securities Corporation, First Franklin Mortgage Loan Trust, Mortgage Pass-Through bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Wells Fargo Bank National Association  as Trustee for the Structured Asset Securities Corporation, First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2002-FF3 bnicholas@kmllawgroup.com |
| Corey J. Sacca | on behalf of Debtor Keith D. Tuk csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@fili |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 2 of 2 |
| Date Rcvd: Aug 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    ngs.docketbird.com

Corey J. Sacca

    on behalf of Joint Debtor Ann M. Tuk csacca@bononilaw.com
    coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Laurence A. Mester

    on behalf of Creditor Exeter Finance  LLC lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

TOTAL: 8