UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Keith D. Tuk and Ann M. Tuk,<br>        Debtor(s)<br><br>MTGLQ Investors, L.P.<br>        Movant(s)<br>                                v.<br>Keith D. Tuk, Ann M. Tuk, and Ronda J.<br>Winnecour, Trustee<br>        Respondent(s) | Bankruptcy No. 18-24338-JAD<br><br><br>Chapter 13<br><br>Related to Claim # 8 |

DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO
FUND THE PLAN WITH THE MODIFIED DEBT

1. MTGLQ Investors, L.P. filed a Notice of Mortgage Payment Change on December 23, 2021.
2. Debtor's current escrow account payment was $317.39 per month.
3. Debtor's new escrow account payment is $324.59 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $930.56 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.


Date:  January 7, 2022                        /s/ Corey J. Sacca____
                                              Corey J. Sacca, Esq.
                                              PA ID # 306741
                                              Bononi & Company, P.C.
                                              20 North Pennsylvania Ave, Suite 201
                                              Greensburg, PA 15601
                                              (724) 832-2499
                                              csacca@bononilaw.com