## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Keith D. Tuk and Ann M. Tuk,<br>　　　Debtor(s) | Bankruptcy No. 18-24338-JAD<br><br>Chapter 13 |
| Keith D. Tuk and Ann M. Tuk,<br>　　　Movant(s)<br>　　　　　　v.<br><br>No Respondant(s) | Document No. 82, 83 |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE FINANCING
### FOR POST-PETITION FINANCING TO PURCHASE A VEHICLE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the MOTION TO APPROVE FINANCING FOR POST-PETITION FINANCING TO PURCHASE A VEHICLE filed on February 24, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 15, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court

Date of Service: <u>March 16, 2022</u>

Respectfully submitted,

*/s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741