**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Keith D. Tuk and Ann M. Tuk,<br>    Debtor(s) | Bankruptcy No. 18-24338-JAD<br><br>Chapter 13 |
| Keith D. Tuk and Ann M. Tuk,<br>    Movant(s)<br>           v. | Document No. 82 |
| No Respondents | |

ORDER OF COURT

AND NOW, to wit, this ___18th___ day of ___March___, 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor(s), Keith D. Tuk and Ann M. Tuk is approved to obtain a loan for no more than $20,000.00 with a monthly payment of no more than $450.00 per month with an interest rate of no more than 15%;

2. Debtor shall surrender the 2011 Jeep Cherokee to the lien holder Exeter Finance Corp. All previous payments made on behalf of the Debtors to the lien holder by the Chapter 13 Trustee are ratified. No further payments shall be made to lienholder.

3. The vehicle must be purchased within sixty (60) days of the date of this Order;

4. The Debtor will file a report of financing within 10 days of the purchase of the vehicle.

5. Debtor shall file an Amended Chapter 13 Plan within 10 days of the purchase of the vehicle.

BY THE COURT:

_____
Jeffery A. Deller, Judge   jsf
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24338-JAD |
| Keith D. Tuk | Chapter 13 |
| Ann M. Tuk | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Keith D. Tuk, Ann M. Tuk, 661 Ann Roberts Road, Ligonier, PA 15658-9236 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wells Fargo Bank National Association as Trustee for the Structured Asset Securities Corporation, First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2002-FF3 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing as servicer for Wells Fargo Bank National Association as Trustee for the Structured Asset Securities Corporation, First Franklin Mortgage Loan Trust, Mortgage Pass-Through bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor MTGLQ INVESTORS L.P. cwohlrab@raslg.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Corey J. Sacca
    on behalf of Debtor Keith D. Tuk csacca@bononilaw.com
    coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Corey J. Sacca
    on behalf of Joint Debtor Ann M. Tuk csacca@bononilaw.com
    coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Laurence A. Mester
    on behalf of Creditor Exeter Finance LLC lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9