IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Bankruptcy No. 18-24338-JAD
Keith D. Tuk and Ann M. Tuk,
                              Debtor(s)              Chapter 13


                                                    Related to Document No. 98, 100


CERTIFICATE OF SERVICE OF
ORDER TERMINATING PAYROLL DEDUCTION

         I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on June 30, 2023.


         The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to:

                  Loyalhanna Care Centr
                  c/o Payroll Coordinator
                  535 McFarland Road
                  Latrobe, PA 15650

         If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."


EXECUTED ON:  June 30, 2023

                                        _/s/ Corey J. Sacca___
                                        Corey J. Sacca, Esquire
                                        20 N. Pennsylvania Ave, Suite 201
                                        Greensburg, PA  15601-2337
                                        csacca@bononilaw.com
                                        (724) 832-2499
                                        PA ID# 306741