IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Keith D. Tuk and Ann M. Tuk,<br>                Debtor(s) | Bankruptcy No. 18-24338-JAD<br><br>Chapter 13<br><br>Related to Document No. 110 |

**CERTIFICATE OF SERVICE OF
ORDER TERMINATING PAYROLL DEDUCTION**

I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on July 23, 2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to:

> Clear Day Rehab and Detox
> c/o Payroll Coordinator
> 1037 Compass Circle
> Greensburg, PA 15601

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  July 23, 2024

                                                                                                                 */s/ Corey J. Sacca*
                                                                                                                 Corey J. Sacca, Esquire
                                                                                                                 20 N. Pennsylvania Ave, Suite 201
                                                                                                                 Greensburg, PA  15601-2337
                                                                                                                 csacca@bononilaw.com
                                                                                                                 (724) 832-2499
                                                                                                                 PA ID# 306741