Certificate Number: 16339-PAW-DE-040327580

Bankruptcy Case Number: 18-24338



16339-PAW-DE-040327580

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 18, 2025</u>, at <u>8:37</u> o'clock <u>PM EST</u>, <u>Ann Tuk</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   November 18, 2025

By:    /s/Kris Krumal

Name:  Kris Krumal

Title:  Certified Financial Counselor