## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 18-24338-JAD |
| Keith D. Tuk and Ann M. Tuk, | |
|     Debtor(s) | Chapter 13 |
| | |
| Keith D. Tuk and Ann M. Tuk, | |
|     Movant(s) | |
|         v. | |
| No Respondent(s) | |

## **DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor(s) has made all payments required by the Chapter 13 Plan.

2. The Debtor(s) is/are not required to pay any Domestic Support Obligations.

3. The Debtor(s) is/are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor(s) has/have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On November 19, 2025, at docket number 134 and 135, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing the Certificates of Completion of Personal Financial Management Course.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

November 19, 2025            /s/Keith D. Tuk
Date                        Debtor

November 19, 2025            /s/Ann M. Tuk
Date                        Joint Debtor

                                 Respectfully submitted,

Dated: November 19, 2025       /s/ Corey J. Sacca
                                 Corey J. Sacca, Esquire
                                 PA ID 306741
                                 Bononi & Company, P.C.
                                 20 North Pennsylvania Ave.
                                 Greensburg, PA 15601
                                 724-832-2499
                                 csacca@bononilaw.com