Certificate Number: 16339-PAW-DE-040327580

Bankruptcy Case Number: 18-24338



16339-PAW-DE-040327580

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 18, 2025, at 8:37 o'clock PM EST, Ann Tuk completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   November 18, 2025          By:   /s/Kris Krumal

Name:   Kris Krumal

Title:   Certified Financial Counselor