**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KEITH D. TUK
ANN M. TUK
      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
      Movant
      vs.
No Respondents.

Case No.:18-24338 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 27, 2026

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/04/2018 and confirmed on 12/20/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 128,657.77 |
| Less Refunds to Debtor | | 1,195.12 | |
| TOTAL AMOUNT OF PLAN FUND | | | 127,462.65 |
| Administrative Fees | | | |
|   Filing Fee | | 0.00 | |
|   Notice Fee | | 0.00 | |
|   Attorney Fee | | 4,000.00 | |
|   Trustee Fee | | 6,476.65 | |
|   Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 10,476.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 80,091.68 | 0.00 | 80,091.68 |
|     Acct: 2484 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 25,158.79 | 25,158.79 | 0.00 | 25,158.79 |
|     Acct: 2484 | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1484 | | | | |
|   EXETER FINANCE LLC** | 3,663.37 | 3,663.37 | 1,332.70 | 4,996.07 |
|     Acct: 1001 | | | | |
| | | | | 110,246.54 |
| **Priority** | | | | |
|   COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEITH D. TUK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEITH D. TUK | 1,195.12 | 1,195.12 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONONI & COMPANY PC** | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 429.44 | 429.44 | 0.00 | 429.44 |
|     Acct: 0414 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX8JAD | | | | |
| | | | | 739.44 |
| **Unsecured** | | | | |
|   FIRST COMMONWEALTH BANK** | 324.00 | 93.54 | 0.00 | 93.54 |
|     Acct: 6389 | | | | |
|   ALLY FINANCIAL(*) | 9,504.66 | 2,744.00 | 0.00 | 2,744.00 |
|     Acct: 4018 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3279 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: GRDJ | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: GRDJ | | | | |
| LAUGHLINTOWN GARAGE | 1,207.83 | 348.70 | 0.00 | 348.70 |
| Acct: 1505 | | | | |
| ONE MAIN FINANCIAL GROUP LLC - A/S/F | 9,667.34 | 2,790.96 | 0.00 | 2,790.96 |
| Acct: 0028 | | | | |
| SRA ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2389 | | | | |
| PA DEPARTMENT OF REVENUE* | 79.03 | 22.82 | 0.00 | 22.82 |
| Acct: 0414 | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NICOLE TUK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 6,000.02 |

**TOTAL PAID TO CREDITORS**                                                                  116,986.00

TOTAL CLAIMED
PRIORITY           739.44
SECURED         28,822.16
UNSECURED      20,782.86

Date: 01/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KEITH D. TUK
ANN M. TUK
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-24338 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-24338-JAD

Keith D. Tuk     Chapter 13

Ann M. Tuk

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jan 29, 2026     Form ID: pdf900     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keith D. Tuk, Ann M. Tuk, 661 Ann Roberts Road, Ligonier, PA 15658-9236 |
| 14943814 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 14943816 | | CBCS, PO BOx 1280, Oaks, PA 19456-1280 |
| 15301578 | ++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609 address filed with court:, U.S. Bank Trust National Association, not in its I, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14955411 | + | First Commonwealth Bank, c/o AAS Debt Recovery Inc., 2526 Monroeville Blvd. Suite 205, Monroeville, PA 15146-2371 |
| 14943820 | | Laughlintown Garage, Inc., PO Box 41, Ligonier, PA 15658-0041 |
| 14943821 | + | Nicole Tuk, 661 Ann Roberts Road, Ligonier, PA 15658-9236 |
| 15210720 | + | U.S. Bank National Association etal c/o, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2026 00:30:52 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 30 2026 00:18:00 | MTGLQ INVESTORS, L.P., Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 14943815 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2026 00:18:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14949512 | | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2026 00:18:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14943817 | ^ | MEBN | Jan 30 2026 00:16:01 | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14943818 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 30 2026 00:18:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14943819 | | Email/Text: exeter@ebn.phinsolutions.com | Jan 30 2026 00:19:00 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016 |
| 14972708 | | Email/Text: exeter@ebn.phinsolutions.com | Jan 30 2026 00:19:00 | Exeter Finance LLC, P.O. Box 167399, Irving, TX 75016 |
| 16617158 | | Email/Text: mtgbk@shellpointmtg.com | Jan 30 2026 00:18:00 | MTGLQ Investors, L.P., c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 15390350 | + | Email/Text: mtgbk@shellpointmtg.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 24 |

|  |  |  |  |
|---|---|---|---|
|  |  | Jan 30 2026 00:18:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14959384 | Email/PDF: cbp@omf.com | Jan 30 2026 00:30:37 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14943822 | + Email/PDF: cbp@omf.com | Jan 30 2026 00:30:49 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14944131 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:31:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14946087 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2026 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14943823 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 30 2026 00:19:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14978546 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 30 2026 00:19:00 | Wells Fargo Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Exeter Finance, LLC |
| cr |  | MTGLQ Investors, L.P. as serviced by NewRez LLC d/ |
| cr |  | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr |  | Select Portfolio Servicing as servicer for Wells F |
| cr |  | U.S. Bank National Association, not in its individ |
| cr |  | U.S. Bank Trust National Association, not in its i |
| cr |  | Wells Fargo Bank National Association, as Trustee |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14943824 | ##+ | SRA Associates LLC, 401 Minnetonka Road, Hi Nella, NJ 08083-2914 |

TOTAL: 7 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor MTGLQ INVESTORS L.P. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |

District/off: 0315-2      User: auto      Page 3 of 3

Date Rcvd: Jan 29, 2026      Form ID: pdf900      Total Noticed: 24

Corey J. Sacca
: on behalf of Debtor Keith D. Tuk csacca@bononilaw.com
coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com

Corey J. Sacca
: on behalf of Joint Debtor Ann M. Tuk csacca@bononilaw.com
coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com

Denise Carlon
: on behalf of Creditor Select Portfolio Servicing as servicer for Wells Fargo Bank National Association as Trustee for the Structured Asset Securities Corporation, First Franklin Mortgage Loan Trust, Mortgage Pass-Through dcarlon@kmllawgroup.com

Denise Carlon
: on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX dcarlon@kmllawgroup.com

Denise Carlon
: on behalf of Creditor Wells Fargo Bank National Association as Trustee for the Structured Asset Securities Corporation, First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2002-FF3 dcarlon@kmllawgroup.com

Joshua I. Goldman
: on behalf of Creditor MTGLQ Investors L.P. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Laurence A. Mester
: on behalf of Creditor Exeter Finance LLC lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Office of the United States Trustee
: ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
: cmecf@chapter13trusteewdpa.com

TOTAL: 10