**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   KEITH D. TUK
   ANN M. TUK
       Debtor(s)

   Ronda J. Winnecour
      Movant
    vs.
  No Repondents.

Case No.:18-24338 JAD

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 11/04/2018  and confirmed on 12/20/2018 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 128,657.77 |
| Less Refunds to Debtor | 1,195.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 127,462.65 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 6,476.65 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,476.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 80,091.68 | 0.00 | 80,091.68 |
|   Acct: 2484 | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG | 25,158.79 | 25,158.79 | 0.00 | 25,158.79 |
|   Acct: 2484 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1484 | | | | |
| EXETER FINANCE LLC** | 3,663.37 | 3,663.37 | 1,332.70 | 4,996.07 |
|   Acct: 1001 | | | | |
| | | | | 110,246.54 |
| Priority | | | | |
| COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KEITH D. TUK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KEITH D. TUK | 1,195.12 | 1,195.12 | 0.00 | 0.00 |
|   Acct: | | | | |
| BONONI & COMPANY PC** | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 18-24338 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| PA DEPARTMENT OF REVENUE* | 429.44 | 429.44 | 0.00 | 429.44 |
| Acct: 0414 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 2.90 | 2.90 | 0.00 | 2.90 |
| Acct: XXXXXXXXXXXXXXXRAGE | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXX8JAD | | | | |
| | | | | 742.34 |
| **Unsecured** | | | | |
| FIRST COMMONWEALTH BANK** | 324.00 | 93.54 | 0.00 | 93.54 |
| Acct: 6389 | | | | |
| ALLY FINANCIAL(*) | 9,504.66 | 2,744.00 | 0.00 | 2,744.00 |
| Acct: 4018 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3279 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: GRDJ | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: GRDJ | | | | |
| LAUGHLINTOWN GARAGE | 1,207.83 | 345.80 | 0.00 | 345.80 |
| Acct: 1505 | | | | |
| ONE MAIN FINANCIAL GROUP LLC - A/S/F | 9,667.34 | 2,790.96 | 0.00 | 2,790.96 |
| Acct: 0028 | | | | |
| SRA ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2389 | | | | |
| PA DEPARTMENT OF REVENUE* | 79.03 | 22.82 | 0.00 | 22.82 |
| Acct: 0414 | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NICOLE TUK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,997.12 |

TOTAL PAID TO CREDITORS                                                                116,986.00

TOTAL CLAIMED
PRIORITY                     742.34
SECURED                  28,822.16
UNSECURED               20.782.86


Date: 05/20/2026                                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com